# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1736

_____

E.F., father of B.F., and E.F.,
Jr., minor children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Taylor County.
Darren K. Jackson, Judge.

March 26, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jennifer Cogdill of Law Office of Jennifer Cogdill, Fleming Island, for Appellant.

Carolyn Schwarz, Appellate Counsel, Children's Legal Services, Fort Lauderdale; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, for Appellee.